IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CRAIG CEDRIC BROWN | § | |
| v. | § | CIVIL ACTION NO. 9:07cv40 |
| BJ SERVICES COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion for Summary Judgment (document #59) be granted and that the complaint be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion for Summary Judgment (document #59) is **GRANTED** and the complaint is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this 2 day of **September, 2008.**

_____
Ron Clark, United States District Judge